Argued February 23, affirmed February 23, 1972

STATE OF OREGON, *Respondent, v.* LeROY JOHN
(No. 30416), *Appellant.*

493 P2d 1058

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

Affirmed from the bench.